In the Matter of the Claim of Linnie Crofts, Respondent, against Lewis C. Ledyard, 3rd, et al., Appellants. Workmen's Compensation Board, Respondent.

Submitted April 7, 1947; decided April 17, 1947.

*Charles P. Barre* for motion.

*Nathaniel L. Goldstein, Attorney-General* (*Daniel Polansky* and *Roy Wiedersum* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless within fifteen days all papers required by rule 21 (subd. b) of the Rules of the Court of Appeals are filed.